**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **CASE NUMBER 6:12-CR-00093-RC** |
| **v.** | § | |
| | § | |
| | § | |
| **BOBBY FLEET** | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Bobby Fleet be committed to the custody of the Bureau of Prisons for a term of imprisonment of 6 months, to include 54 days of unserved community confinement time, with 10 years supervised release to follow. In addition, the Court **MODIFIES** the conditions of supervision as follows:

(1) Replace the conditions that Defendant shall not possess or access a computer, except in the course of his employment, and that Defendant shall not purchase, possess, have

contact with or use devices to include cellular telephones with photographic capability with the following condition:

> The defendant shall not purchase, possess, have contact with, or use devices to include cellular telephones with photographic capability; cellular telephones with internet capability; computers, computer peripherals, laptop computers; iPods; Personal Digital Assistants (PDAs); portable data storage devices such as thumb drives and Flash memory; or any other type of portable electronic device that is capable of communicating via modem, wireless, or dedicated connection. The defendant shall also refrain from the purchase, possession, or use of digital cameras; digital recorders; or any other type of recording and/or photographic equipment.

(2) Add the condition that defendant shall reside in a residential reentry center or similar facility for a period of up to 180 days, or until he secures a personal residence approved by the probation officer, to commence upon release from confinement and shall observe the rules of that facility.

The Court **RECOMMENDS** that the place of confinement be Texarkana, Texas to facilitate family visitation, and the Court **RECOMMENDS** sex offender treatment.

**So Ordered and Signed**

**Mar 3, 2017**

_____
Ron Clark, United States District Judge