# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 6:12-CR-00093-JDK |
| v. § | |
| § | |
| § | |
| BOBBY FLEET § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Bobby Fleet be sentenced to a prison term of 15 months, to be served consecutive to the state court sentence imposed in cause number CR22-0818-173, 392nd District Court, Henderson County, Texas, followed by 3 years of supervised release subject to the standard conditions of supervised release, plus special conditions as stated in the court's revocation judgment. The court further

**RECOMMENDS** that Defendant serve his sentence at FCI Texarkana, Texas, if available.

**So ordered and signed on this**

**Aug 21, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE